CRAWLEY, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ex parte Patronas, 693 So.2d 473 (Ala.1997); Hughes v. Hughes, 685 So.2d 755 (Ala.Civ.App.1996); Spry v. Ikerd, 646 So.2d 131 (Ala.Civ.App.1994); Thompson v. Wright, 613 So.2d 1289 (Ala.Civ.App.1992); and Haygood v. Haygood, 581 So.2d 870 (Ala.Civ.App.1991).
The appellee’s request for an attorney fee on appeal is granted in the amount of $500.
YATES, P. J., and THOMPSON and PITTMAN, JJ., concur.
MURDOCK, J., dissents.